IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TATSIANA PILIPENKA,<br><br>        Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>        Defendants. | Case No. 25-cv-1911 |

**NOTICE OF INTENT TO SEEK INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE THAT Plaintiff will be seeking injunctive relief in this action, including both a temporary restraining order and a preliminary injunction.

Respectfully submitted,

Dated:  December 9, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff