**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT                                        IN REPLYING GIVE NUMBER
412–208–7500                                          OF CASE AND NAMES OF PARTIES

Date: January 8, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

     RE:   TATSIANA PILIPENKA vs. SCHEDULE A DEFENDANTS
        Case Number:   **2:25–CV–01911–CB**

Dear Sir or Madam:

   In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the complaint, docket entries and AO 121 form which was filed in the United States District Court for the Western District of Pennsylvania.

                    Sincerely,

                    BRANDY S. LONCHENA
                    CLERK OF COURT

          By:   /s/ **Katie Hall**
                    Deputy Clerk

Enclosures